IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALEC DEVON KREIDER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **PHILHAVEN ADOLESCENT INPATIENT TREATMENT CENTER, PHILIP HESS, NANCY LAUDERMILCH, FRANCIS SPARROW and RICHARD KOCHER** | : | **NO. 13-7242** |

## ORDER

**AND NOW**, this 9th day of April, 2014, upon consideration of the Defendant's Motion to Dismiss Plaintiff's Complaint (Document No. 11), the plaintiff's response and the defendant's reply, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the complaint is **DISMISSED.**

        /s/ Timothy J. Savage
        TIMOTHY J. SAVAGE, J.